**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**KHALIL BUCKLEY,**
**Petitioner,**

**v.** **Case No. 26-CV-1429**

**PAULA STOUDT,**
**Respondent.**

# ORDER

Khalil Buckley is incarcerated pursuant to a state court judgment, and he seeks a writ of habeas corpus.

The court on October 5, 2026, denied Buckley's motion to stay the proceedings and hold his petition in abeyance. (ECF No. 5.) The court ordered Buckley to inform the court within 21 days whether he wished to proceed with his exhausted claims or voluntarily dismiss his petition. (ECF No. 5 at 4.) The court warned, "**<u>If Buckley fails to timely respond, the court will dismiss his petition without prejudice.</u>**" (ECF No. 5 at 4 (emphasis in original).)

Buckley did not respond. Accordingly, Buckley's petition and this action are dismissed without prejudice.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 9th day of November, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge